IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.          No. CR 13-2225 MV

DANIEL JIRON,

    Defendant.

## ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE

**THIS MATTER** comes before the Court upon the defendant's Motion to Modify Conditions of Release [Doc. 526]; having reviewed the Motion, and the Response filed by the Government [Doc. 531], and the Reply filed by the defendant [Doc. 535], concludes that a hearing is not required and the Motion should be **DENIED**.

**IT IS HEREBY ORDERED** that the defendant's Motion to Modify Conditions of Release [Doc. 526] is hereby **DENIED** at this time.

Dated this 27th day of July, 2015.

_____
**MARTHA VÁZQUEZ**
**UNITED STATES DISTRICT JUDGE**